No. 89–615. REARDON ET AL. *v.* REARDON ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–620. ELLIOTT *v.* ANDERSON. Sup. Jud. Ct. Me. Certiorari denied.

No. 89–626. FOX ET AL. *v.* CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 89–629. STORINO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–652. SAFIR *v.* UNITED STATES LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–665. YAZDCHI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 89–668. POWELL ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–681. JASON *v.* ROADWAY EXPRESS, INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89–685. HUBBARD CHEVROLET CO. *v.* GENERAL MOTORS CORP. C. A. 5th Cir. Certiorari denied.

No. 89–705. MARIORENZI *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 89–706. CORBETT *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 89–5185. BANKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5272. WOODRUFF *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5275. MORRIS *v.* GLUCH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 89–5310. McCOLLUM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.